# SELIP & STYLIANOU, LLP

Mitchell Selip, P.C.▾ ◊
Harry Stylianou, P.C.▾ ◊ ○
Richard S. Eichenbaum, P.C. ◊ #
David A. Cohen, P.C. ▾
Mitchell G. Slamowitz, P.C. ▾

**NJ Office**
10 Forest Avenue, Suite 300
Paramus, New Jersey 07652

Attorneys at Law
**199 Crossways Park Drive**
**P.O. Box 9004**
**Woodbury, New York 11797-9004**
**(866) 848-8975**
**Fax (516) 908-7993**
Service not accepted by fax or email
NYC DCA License No.2045186

Alicia Bursky-Stillman ▾
Bryan Houde ▾

Carol Van Houten ▾
Amelia Kunis ▾
Jesse A. Bender ▾ ◊
Laura D. Yacht ▾
Davina Pagan ▾
Sally A. Abel ▾ •
Efstathios Georgiou ▾
Gina Ann Burke ▾
Latoya Duncan ▾
Arslan Akhtar ▾
Joseph Matza ▾

▾ Admitted NY   ◊ Admitted NJ
♯ Admitted FL   • Admitted  NC
○Admitted PA

November 20, 2017

ORRAN M GALLOWAY
18 CEDAR ST
CENTRAL ISLIP NY 11722

Re:   Creditor: Discover Bank
Account No. Ending In: 5506
S&S File No.: D146862
Index No.: CV-001872-17/CE
Balance Due: $4,560.73

Dear ORRAN M GALLOWAY:

Enclosed herein you will find an Information Subpoena with a questionnaire requiring you to provide answers to a number of questions and also to produce certain documents and records. We ask that you respond to the Subpoena and questionnaire provided herein and also to provide us with the requested materials, which include, among other things, tax returns for the past three (3) years and your current pay stub. We look forward to hearing from you.

Sincerely,

Judgment Enforcement Department

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

