DISTRICT COURT OF THE COUNTY OF SUFFOLK
FIRST DISTRICT: RONKONKOMA
------------------------------------------------------------X
DISCOVER BANK

                PLAINTIFF,

        -AGAINST-

ORRAN M GALLOWAY

                DEFENDANT(S).
------------------------------------------------------------X

INDEX NUMBER CV-001872-17/CE
FILE NO. D146862

## INFORMATION SUBPOENA

TO:   ORRAN M GALLOWAY
       18 CEDAR ST
       CENTRAL ISLIP NY 11722

## GREETING:

    WHEREAS, in an action in the **DISTRICT court of the COUNTY OF SUFFOLK FIRST DISTRICT: RONKONKOMA**, between **DISCOVER BANK**, as Plaintiff, and **ORRAN M GALLOWAY**, as Defendant(s), who are all the parties named in said action, a judgment was entered on **July 27, 2017** in favor of **DISCOVER BANK**, Plaintiff (Judgment Creditor), and against **ORRAN M GALLOWAY**, Defendant (Judgment Debtor), in the amount of **$4,433.91**, of which **$4,433.91**, remains due and unpaid; and

    **NOW, THEREFORE WE COMMAND YOU,** that you answer in writing under oath, separately and fully, each question in the questionnaire accompanying this subpoena, each answer referring to the question to which it responds; that you return the answers together with the original of the questions within 7 days after your receipt of the questions and this subpoena.

    **TAKE NOTICE** that false swearing or failure to comply with this subpoena is punishable as a contempt of court.

### RESTRAINING NOTICE

    **WHEREAS,** it appears that you owe a debt to the Judgment Debtor or are in possession or have custody of property in which the Judgment Debtor has an interest, excluding wages or salary due or to become due or any other exempt property pursuant to CPLR §5222.

    Take notice that pursuant to subdivision (b) of section 5222 of the Civil Practice Law and Rules, which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided.

## CIVIL PRACTICE LAW AND RULES

Section 5222(b): Effect of restraint; prohibition of transfer; duration. A judgment debtor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he has an interest, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the judgment is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor is effective only if, at the time of service, he owes a debt to the judgment debtor or he is in the possession or custody of property in which he knows or has reason to believe the judgment debtor has an interest, or if the judgment creditor or support collection unit has stated in the notice that a specified debt is owed by the person served to the judgment debtor or that the judgment debtor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor, shall be subject to this notice, except as set forth ini subdivisions (h) and (i) of this section. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff or the support collection unit, except as set forth in subdivisions (h) and (i) of this section, and except under direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him, or until the judgment is satisfied or vacated, whichever event first occurs. A judgment creditor or support collection unit which has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor in an amount equal to twice the amount due on the judgment, the restraining notice is not effective as to other property or money.

I **HEREBY CERTIFY** that this information subpoena complies with Rule 5224 of the Civil Practice Law and Rules and Section 601 of the General Business Law that I have a reasonable belief that the party receiving this subpoena has in their possession information about the debtor that will assist the creditor in collecting the judgment.

TAKE FURTHER NOTICE THAT DISOBEDIENCE OF THIS RESTRAINING NOTICE IS PUNISHABLE AS A CONTEMPT OF COURT.

DATED: November 20, 2017

Selip & Stylianou, LLP
BY: DAVID A. COHEN, ESQ./ MITCHELL G. SLAMOWITZ, ESQ.
P.O. BOX 9004, WOODBURY, NY 11797-9004

ACCOUNT REPRESENTATIVE: SHANA HUSSAIN, (516) 686-8991
M: S HUSSAIN

PISRNDI

State of New York, County of _____

    ORRAN M GALLOWAY, being duly sworn deposes and says: that deponent is the recipient of an information subpoena herein and of the original and a copy of questions accompanying said subpoena.

1. State your full name, home address, social security number, telephone number and date of birth.

2. Do you or your spouse own or rent your residence?

3. If you or your spouse own your residence:
   a) in whose name is the title?

   B) state the name and address of the mortgage holder.

4. If you rent, state the name and address of your landlord.

5. State the full name and address of your employer, your salary, your position, length of your employment.

6. If you are self employed, state the name and business address under which you operate.

7. If you belong to a union, list the name and address of your union and your local number and membership number.

8. State your spouse's name, social security number, date of birth and name and address of your spouse's employer.

9. State the name and address of your bank.

10. State the year, make and loan holder of your automobile.

11. If you are involved in any lawsuits or claims involving insurance arising from an accident or for any other reason, state the details and name and address of the lawyer and insurance company.

12. Set forth the address of any real estate, other than your residence, that you or your spouse own or have an interest in.

13. Annex a copy of the most recent federal income tax return that you filed.

14. What other source of income do you have?

Sworn to before me on _____    _____
                                             ORRAN M GALLOWAY

_____
Notary public

File No. D146862